COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Ali Yazdchi v. Makansam Inc d/b/a Ideal Towing

Appellate case number:   01-20-00008-CV

Trial court case number: 1133779

Trial court:             County Civil Court at Law No. 3 of Harris County

Appellant Ali Yazdchi, proceeding pro se, has been declared a vexatious litigant and is the subject of more than one pre-filing order. The most recent pre-filing order was signed on January 15, 2016, in *Ali Yazdchi v. Wells Fargo Bank, N.A.*, Cause No. 2015-11585 in the 215th District Court of Harris County, Texas. *See* Office of Court Administration List of Vexatious Litigants Subject to Pre-Filing Orders under Section 11.101, Civil Practice and Remedies Code, *available at* https://www.txcourts.gov/media/1278447/Ali-Yazdchi-Case-No-2015-11585-01_15_2016.pdf (last viewed on January 31, 2020); *see also* TEX. CIV. PRAC. & REM. CODE § 11.104(b) (requiring office of court administration to maintain list and post list of vexatious litigants on agency's website); *Douglas v. Am. Title Co.*, 196 S.W.3d 876, 878 n.2 (Tex. App.—Houston [1st Dist.] 2006, no pet.) (taking judicial notice of Harris County record of vexatious litigants). Another pre-filing order was signed July 15, 2015 in *Ali Yazdchi v. BBVA Compass Bank*, Cause no. 2015-05657, in the 151st District Court of Harris County, Texas. *See* Office of Court Administration List of Vexatious Litigants Subject to Pre-Filing Orders under Section 11.101, Civil Practice and Remedies Code, *available at* https://www.txcourts.gov/media/1029372/Ali-Yazdchi-Case-No-2015-05657.pdf (last viewed on January 31, 2020). And a third pre-filing order was signed on April 28, 2015, in *Ali Yazdchi v. Mike Jones and Sam Adama*, Cause No. 2015-05013, in the 11th District Court of Harris County, Texas. *See* Office of Court Administration List of Vexatious Litigants Subject to Pre-Filing Orders under Section 11.101, Civil Practice and Remedies Code, *available at* https://www.txcourts.gov/media/950960/Ali-Yazdchi-Case-No-2015-05013.pdf (last viewed on January 31, 2020).

A pre-filing order prohibits the litigant from filing new litigation in any court in the state without permission from a local administrative judge in each new case. *See* TEX. CIV. PRAC. & REM. CODE § 11.01. This same statutory scheme precludes the Clerk of this Court from filing an appeal presented by a vexatious litigant subject to a pre-filing order unless the litigant first obtains an order from the local administrative judge permitting the filing, or the appeal is

from a pre-filing order designating the person a vexatious litigant. *See* TEX. CIV. PRAC. & REM. CODE § 11.103(a). Appellant is not appealing from a pre-filing order designating him a vexatious litigant. *See id.* at § 11.103(d).

Accordingly, unless appellant files proof that he has obtained an order from the local administrative judge permitting the filing of this appeal, **this appeal may be dismissed for want of jurisdiction without further notice**. *See* TEX. CIV. PRAC. & REM. CODE § 11.103(a); TEX. R. APP. P. 42.3(a), (c); *see also Potts v. Burger*, No. 01-14-00909-CV, 2015 WL 222125, at *1–2 (Tex. App.—Houston [1st Dist.] Jan. 15, 2015, no pet.) (dismissing appeal after notice and opportunity to respond because appellant did not comply with statute requiring her to obtain proof of order from appropriate local administrative judge permitting filing of appeal). Appellant's response, if any, is due to be filed with the Clerk of this Court **within 10 days** from the date of this notice.

It is so ORDERED.


Judge's signature: _____/s/ Peter Kelly_____
                 ☑ Acting individually    ☐ Acting for the Court


Date: ___February 4, 2020___